OKED 442 (Rev 09/15)



RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
2021 NOV 10 PM 3:56

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>_____SILVIA VERONICA FUENTES_____<br>*Defendant* | )<br>)<br>)<br>)  Case No. CR-21-358-RAW<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**SILVIA VERONICA FUENTES**,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Failure to Stop for Accident Involving Death in Indian Country

DATE: 11/10/2021
Muskogee, Oklahoma

WARRANT ISSUED:
PATRICK KEANEY, Clerk

By: *Kimberly Cluck*
   Deputy Clerk

**Return**

This warrant was received on *(date)* 11/10/2021, and the person was arrested on *(date)* 12/14/2021
at *(city and state)* Muskogee, OK.

Date: 12/14/2021

FILED

*M. Schuyler*
Arresting officer's signature

MISTY SCHUYLER    DUSM
Printed name and title

DEC 16 2021

PATRICK KEANEY
Clerk, U.S. District Court

By _____
   Deputy Clerk