EDOK - Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of the Search of<br>Geolocation data of devices travelling through the Eastern District of Oklahoma on 03-18-2021, stored by Google LLC, 1600 Amphitheatre Parkway Mountain View, CA 94043 | SEALED<br><br>Case No. 21-MJ-120-SPS |

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before ___4/15/2021___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.
☒ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
  ☐ for _____ days *(not to exceed 30)*.
  ☐ until, the facts justifying, the later specific date of __

Date: April 1, 2021

_____
*Judge's signature*
STEVEN P. SHREDER

City and state: Muskogee, Oklahoma

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*



## ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) Location History data, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted from devices to Google, reflecting devices that Google calculated were or could have been (as indicated by margin of error, *i.e.,* "maps display radius") located within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below; and

(2) identifying information for Google Accounts associated with the responsive Location History data.

- Date/Time Period: **03-18-2021 from 21:52 – 21:56 hours (CST)**

- Target Location: **Geographical area approximately 1000' by 170' and identified as a polygon defined by the following latitude/longitude coordinates (see below)**
    - **35.80815, -95.07356**
    - **35.80778, -95.07328**
    - **35.80686, -95.07652**
    - **35.80645, -95.07627**

- Time Restriction: **Devices that reported their location more than once within the Target Location on the date and during the time period above and where no more than three minutes elapsed between the time that the first time the device reported its location and the last time that the device reported its location.**



## ATTACHMENT B

### Particular Items to Be Seized

I.   **Information to be disclosed by Google**

The information described in Attachment A, via the following process:

1.   Google shall query location history data based on the Initial Search Parameters specified in Attachment A. For each location point recorded within the Initial Search Parameters, and for each location point recorded outside the Initial Search Parameters where the margin of error (*i.e.*, "maps display radius") would permit the device to be located within the Initial Search Parameters, Google shall produce to the Government information specifying the corresponding unique device ID, timestamp, location coordinates, display radius, and data source, if available (the "Device List").

2.   The Government shall review the Device List and identify to Google the devices about which it seeks to obtain Google account identifier and basic subscriber information. The Government may, at its discretion, identify a subset of the devices.

3.   Google shall disclose to the Government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Accounts associated with each device ID appearing on the Device List about which the Government inquires.

II.   **Information to Be Seized**

All information described above in Section I that constitutes evidence of violations of Title 18, United States Code Sections 13, 1151, and 1152 as well as a violation of Title 47, Oklahoma Statutes, Section 10-102.1 on March 18, 2021 involving unknown person(s).