EDOK - Search Warrant (Revised 5/13)

# United States District Court
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>**GOOGLE ACCOUNT** ▓▓▓▓▓▓ **AND INFORMATION STORED AT PREMISES CONTROLLED BY GOOGLE LLC** | SEALED<br><br>Case No.  21-MJ-202-KEW |

## SEARCH AND SEIZURE WARRANT

**TO:**     ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **NORTHERN** District of **CALIFORNIA** *(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before ___5/13/2021___
*(not to exceed 14 days)*

☐     in the daytime 6:00 a.m. to 10:00 p.m.
☒     at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____.

☐     I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
☐     for _____ days *(not to exceed 30)*.
☐     until, the facts justifying, the later specific date of _____

Date: April 28, 2021

_____
Judge's signature

City and state:     Muskogee, Oklahoma        UNITED STATES MAGISTRATE JUDGE
                                              *Printed name and title*

EDOK - Search Warrant PAGE 2

| RETURN | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| CERTIFICATION |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____                      _____<br>                                                                 *Executing officer's signature*<br><br>                                                                  _____<br>                                                                    *Printed name and title* |

# ATTACHMENT A

## Property To Be Searched

This warrant applies to records and information associated with Google Account ID  that is held by and stored at premises controlled by Google LLC, headquartered in Mountain View, California.

## ATTACHMENT B

### Particular Items to Be Seized

I. **Information to be Disclosed by Google**

Google LLC shall disclose the following information or records pertaining to the SUSPECT ACCOUNT within its possession, custody, or control, including any information or records that have been deleted by the subscriber but still available to Google, from a time period starting on 03-18-21 at 10:00am (CST) until 03-25-21 at 10:00pm (CST):

(1) Google account identifier and basic subscriber information;

(2) Location History data for the Suspect Account during the specified time frame, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted to Google, including the date and time, latitude and longitude, source, and display radius of each location datapoint;

(3) All wire or electronic or wire communications sent, received, drafted, or generated by the Suspect Account during the specified time frame, including but not limited to text messages, media messages, VoIP (voice over Internet Protocol) calls, instant messages, or emails, including the date and time of the communication, the content of the communication, method of communication, the source and destination of the communication;

(4) All visual depictions, such as photos or videos, sent, received, drafted, or generated by the Suspect Account during the specified time frame; and

(5) Any browsing history or search queries generated by the Suspect Account during the specified time frame.

Google LLC shall provide said information and records with an affidavit or sworn declaration certifying the authenticity of said records in accordance with Rule 902(11) of the Federal Rules of Evidence.

**II.  Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of Title 18, United States Code Sections 13, 1151, and 1152 as well as a violation of Title 47, Oklahoma Statutes, Section 10-102.1 on March 18, 2021 involving unknown person(s).

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.