UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-21-358-RAW |
| SILVIA VERONICA FUENTES, | ) | Date:   12/05/2022 |
| Defendant. | ) | Time:   10:57 a.m. – 11:05 a.m. |

# MINUTE SHEET – TELEPHONIC STATUS CONFERENCE
# (DOCKET ENTRIES [38] & [39])

Jason A. Robertson, Judge       R. Keeling, Deputy Clerk       K. Anderson, Law Clerk

Counsel for Plaintiff:   Cameron McEwen, AUSA
Counsel for Defendant:   Juan Guerra, Jr., RETAINED

**MINUTES:** Court calls case; Court inquires as to the status of the motions (Docket Entries [38] & [39]) set for in person hearing on 12/6/2022. Defendant's Counsel advised court of their intentions of filing a motion for subpoena duces tecum by the end of the week. Defendant's counsel makes an oral motion to continue the Motion to Suppress (Docket Entry [39]) GRANTED, without objection. The Motion to Suppress is hereby reset for January 19, 2023, at 1:30 p.m. before Judge Jason A. Robertson in Courtroom 4. Defendant makes an oral motion to withdraw the Motion to Compel Discovery (Docket Entry [38]) GRANTED, without objection. Nothing further by parties.

Court adjourned.