UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff(s), | ) | | |
| | ) | Case No. | CR-21-358-RAW |
| v. | ) | | |
| | ) | Date: | 9/25/2023 |
| SILVIA VERONICA FUENTES, | ) | | |
| | ) | Time: | 10:13 AM – 10:46 AM |
| Defendant(s). | ) | | 11:00 AM – 12:00 PM |
| | ) | | 1:13 PM – 2:36 PM |
| | ) | | 3:01 PM – 4:34 PM |
| | ) | | |

MINUTE SHEET
MOTION HEARING

| | | | |
|---|---|---|---|
| Jason A. Robertson, Judge | J. Church, A. Winkle Deputy Clerk | J. Smith Court Reporter | K. Anderson |
| | | | A. Netherland, Law Clerks |

**Plaintiff's Counsel:** ___Terry McEwen (AUSA)_____

**Defendant's Counsel:** _Juan Guerrera Jr. - Sydney Thaxter (Retained Attorney)_

MINUTES

| 10:13 am | Court calls case; comes on for Suppression hearing. Court discusses matter of Entry of |
|---|---|
| | Appearance for trial – Oral motion on Pro Hac Vice – Granted (JAR). Oral Motion for |
| | Interlineation to correct account number re: April 28th, 2021 warrant – need to be corrected |
| | To 66595 on pg 5 & 6. Granted (JAR). Government's Exhibits Admitted Objection – 3, 4, 5, 8, 9 |
| | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21. Government moves to Admit Exhibits over |
| | Defense Objections – 1, 2, 6, 7 – Admitted over Objection. |

|  | |
|---|---|
|  | Defendants Exhibits admitted without Objection – A1, A2, A3, A4, B, C, D – Defense moves to admit Exhibits over Governments Objection – A5, A6 – Admitted over Objection. |
| 10:46 am | Parties argue discovery matters; Recess |
| 10:59 am | Reconvene – Defense calls first witness – Spencer McInvaille |
| 12:10 pm | Lunch |
| 1:13 pm | Reconvene; Cross-exam witness by AUSA – Redirect by Defense; witness excused. |
|  | Defense moves to admit exhibits E & F – Admitted without Objection. |
|  | Government calls first witness – Dustin Thornton |
| 2:36 pm | Recess |
|  |  |
| 3:01 pm | Reconvene – Cross-Examine of witness – Redirect by Gov't – Witness Excused |
|  | Gov't calls second witness - Jeremy D'Errico; Government moves to admit Exhibits 22 & 23 to be Admitted – No Objection. |
| 4:34 pm | Adjourn – Reconvene 09/26/2023 |
|  |  |