# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff(s), ) | |
| ) | Case No.  CR-21-358-RAW |
| v. ) | |
| ) | Date:     9/26/2023 |
| SILVIA VERONICA FUENTES, ) | |
| ) | Time:    9:45 am – 10:44 am |
| Defendant(s). ) | 11:06 am – 12:40 pm |

## MINUTE SHEET
## MOTION HEARING (Day 2)

| | | | |
|---|---|---|---|
| Jason A. Robertson, Judge | J. Church, A. Winkle Deputy Clerk | J. Smith Court Reporter | K. Anderson<br>A. Netherland, Law Clerks |

**Plaintiff's Counsel:** ___Terry McEwen (AUSA)_____

**Defendant's Counsel:** _Juan Guerrera Jr. - Sydney Thaxter – Matthew Price (Retained Attorney)

## MINUTES

| 9:45 am | Court calls case; Gov't moves Court and request permission to admit Exhibit #24; |
|---|---|
| | Defense objects; Admission of Exhibit #24 – Granted partially as to Paragraph #19 |
| | as to Paragraph #19 Footnote #4 ONLY– (JAR). |
| | Gov't request admission of Exhibits #25 & #26. Defense Objects. Exhibits #25 & #26 will |
| | be Admitted; Gov't will not be allowed to Direct Exam (Gov't Witness #2 - D'Errico). |
| 9:55 am | Testimony resumes; Cross-Examination by Defense as to Gov't witness #2 (D'Errico). |

|  | Government redirects. |
|---|---|
| 10:44 am | RECESS |
| 11:06 am | RECONVENE – Closing and Final Arguments by Defense. |
| 12:01 pm | Closing and Final Arguments by Gov't. |
| 12:34 pm | Parties will submit a Findings of Facts and Conclusion of Law by December 8th, 2023 (12/08/23) |
|  | Responses due by December 18th, 2023 (12/18/23). Both Parties to redact all personal |
|  | Information of non-involved parties. Transcripts to have non-involved parties personal |
|  | Information removed from transcripts before filing and made of public record. |
| 12:40 pm | Nothing further by Parties. Court Adjourned |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |